DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. WALKER

No. 63 PC.

Case below: 28 N.C. App. 389.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

STATE v. WOODY ET AL

No. 61 PC.

Case below: 28 N.C. App. 411.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

STATE v. YOUNG and WILLIAMSON and TURNER and ARTIS

No. 130 PC.

Case below: 27 N.C. App. 308.

Petition by defendants Williamson and Turner for discretionary review under G.S. 7A-31 denied 2 March 1976.